UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE M. GIBBS, III,

    Defendant.

Case No. 3:21-cr-128

District Judge Michael J. Newman

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc No. 27); (2) ACCEPTING DEFENDANT'S PLEA OF GUILTY TO COUNT 5 OF THE INDICTMENT (Doc. Nos. 12, 23)**

---

    This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending the Court accept Defendant George M. Gibbs's guilty plea. Doc. No. 27. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant Gibbs's plea of guilty as charged in count 5 of the indictment, which charges him with knowing possession of child pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) & 2252(b)(2). Doc. Nos. 12, 23 at PageID 83. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **August 18, 2022 at 11:00 a.m**.

    **IT IS SO ORDERED.**

April 4, 2022
                                                            s/Michael J. Newman
                                                            Hon. Michael J. Newman
                                                            United States District Judge